UNITED STATES DISTRICT COURT                           SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
October 12, 2016
David J. Bradley, Clerk

| | |
|---|---|
| THOMAS ROY KENNEDY, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-CV-02128 |
| § | |
| LORIE DAVIS, § | |
| Director, Texas Department of Criminal § | |
| Justice, Correctional Institutions Division, § | |
| Respondent. § | |

## Order of Adoption

On September 7, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 10). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed October 12, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge